IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| T.T., individually and as the parent and next friend of minor D.H., <br><br> Plaintiffs, <br><br> v. <br><br> ROBLOX CORPORATION, <br><br> Defendant. | Case No. 4:25-cv-314 <br><br><br> **RULE 81.1 CERTIFICATE** |

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA, CENTRAL DIVISION

COMES NOW Defendant, Roblox Corporation, by and through the undersigned counsel, pursuant to Local Rule 81.1, hereby certifies the following to this Court with regard to its Notice of Removal:

1. All pleadings and other papers filed in the state court proceeding through the date of this Notice are as follows:

    Petition at Law and Original Notice; Affidavit of Service

2. Copies of those documents are attached to the Notice of Removal filed concurrently herewith.

3. No matters are pending in the state court that require resolution by this Court, other than the claims asserted by Plaintiffs.

4. The following counsel has appeared in the state court action on behalf of the Plaintiffs:

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
STINAR GOULD GRIECO & HENSLEY, PLLC
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

Gary M. Klinger
Melissa Nafash
Melinda Maxson
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
GKlinger@milberg.com
mnafash@milberg.com
mmaxson@milberg.com

Dated: August 27, 2025

Respectfully submitted,

BELIN McCORMICK, P.C.

_____
Michael S. Boal                           AT0012649
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4621
Facsimile:  (515) 558-0621
msboal@belinmccormick.com
ATTORNEY FOR DEFENDANT