IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| T.T., individually and as the parent and next friend of minor D.H., <br><br> Plaintiffs, <br><br> v. <br><br> ROBLOX CORPORATION, <br><br> Defendant. | Case No. 4:25-cv-00314 <br><br> **UNOPPOSED MOTION TO EXTEND DEADLINES FOR FILING ANSWER OR OTHER RESPONSE THERETO** <br><br> **EXPEDITED RELIEF REQUESTED** |

Defendant Roblox Corporation ("Roblox"), by and through its counsel of record, hereby moves the Court, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(j), for an order extending the deadline for Roblox to file an Answer or other responsive pleading in this matter. Roblox avers as follows:

1. On July 29, 2025, Plaintiff filed a Petition at Law ("Petition") in Iowa District Court for Polk County, case No. LACL163319.

2. On August 27, 2025, Roblox removed the Action to the United States District Court for the Southern District of Iowa (ECF No. 1).

3. Roblox was served on August 14, 2025, and its response to the Petition is currently due on September 4, 2025.

4. The Parties have met and conferred to discuss how to efficiently advance this case.

5. Roblox has informed Plaintiff that it may move to compel arbitration of this matter.

6. Roblox has requested Plaintiff's Roblox username(s) to investigate the account(s) at issue prior to filing a responsive pleading.

7. Plaintiff will provide Roblox with Plaintiff's applicable username(s) associated with the accounts at issue in the Petition by September 4, 2025.

8. Roblox's deadline to respond to the Petition has not been previously continued or extended.

9. Roblox has conferred with Plaintiff's counsel and Plaintiff does not oppose the extension of deadline sought by this motion.

WHEREFORE, Roblox respectfully requests the Court enter an order extending the deadline for Roblox to file an Answer or other responsive pleading in this matter:

1. Roblox to file an Answer or other responsive pleading on or before October 17, 2025.
2. Hearing date: To be set at the Court's convenience at the first available date following the submission of all briefing.

Respectfully submitted,

BELIN McCORMICK, P.C.

_____
Michael S. Boal                                    AT0012649
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4621
Facsimile:   (515) 558-0621
msboal@belinmccormick.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify on September 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER, ANDERSON, GOPLERUD & WEESE, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com

Gary M. Klinger*
Melissa Nafash*
Melinda Maxson*
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
GKlinger@milberg.com
mnafash@milberg.com
mmaxson@milberg.com

Martin D. Gould*
Michael R. Grieco*
Steven L. Vanderporten*
STINAR GOULD GRIECO & HENSLEY, PLLC
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

Signature:  /s/ E. Strom