IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| T.T., individually and as the parent and next friend of minor D.H., <br><br>     Plaintiffs, <br><br> v. <br><br><br> ROBLOX CORPORATION, <br><br>     Defendant. | CASE NO. 4:25-CV-314 <br><br><br><br><br> **MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* FOR RYAN C. STEVENS** |

**A. Applicant's Information and Certification**

1. Pursuant to Southern District of Iowa Local Rule 83(d)(3) and (4), I, Ryan C. Stevens, respectfully move to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Roblox Corporation, in the above case. In support of this motion, the undersigned states:

    I am admitted to practice and in good standing in the following United States District Court and/or a state's highest court: California, Bar ID: 306409.

2. I have never been disbarred, suspended, or received any discipline in any state or federal courts, and no complaints or disciplinary matters are pending against me.

3. I agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice law in the state courts of Iowa and comply with the Local Rules.

4. I agree to comply with the associate counsel requirements of LR 83(d)(3) and (4) by associating with Michael S. Boal of the law firm of Belin McCormick, P.C., an attorney admitted to practice law in this district and who has entered an appearance in this case.

5. I agree to pay the applicable required fee electronically.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for appearing in this case.

Dated: September 17, 2025

Respectfully submitted,

/s/ Ryan C. Stevens
Ryan C. Stevens
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
(415) 693-2000
rstevens@cooley.com

**B. Local Counsel Information and Certification**

I, Michael S. Boal, an active member in good standing of the bar of the United States District Court for the Southern District of Iowa, request that this court admit Ryan C. Stevens *pro hac vice*, an attorney admitted to practice and currently in good standing in California, but not admitted to the bar of this court, who will be counsel for Roblox Corporation in the case listed above. I am aware of my obligations under the Local Rules of this court including requiring that I accept service of all documents.

Dated: September 17, 2025

/s/ Michael S. Boal
Michael S. Boal