IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| T.T., individually and as the parent and next friend of minor D.H., <br><br> Plaintiffs, <br><br> v. <br><br> ROBLOX CORPORATION, <br><br> Defendant. | Case No. 4:25-CV-314 <br><br><br> **DEFENDANT'S CORPORATE DISCLOSURE** |

This Corporate Disclosure statement is filed on behalf of Roblox Corporation in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Roblox Corporation hereby declares it does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock. Roblox Corporation is a publicly traded company with dynamic ownership interests.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: September 18, 2025

        Respectfully submitted,

        BELIN McCORMICK, P.C.

        */s/ Michael S. Boal*

        Michael S. Boal          AT0012649
        666 Walnut Street, Suite 2000
        Des Moines, IA 50309-3989
        Telephone: (515) 283-4621
        Facsimile: (515) 558-0621
        msboal@belinmccormick.com

        COOLEY LLP
        Tiana Demas
        55 Hudson Yards
        New York, NY 10001-2163
        (212) 479-6560 | tdemas@cooley.com

        Ryan C. Stevens
        Embarcadero Center, Floor 20
        San Francisco, CA 94111-4004
        (415) 693-2483 | rstevens@cooley.com

        Max A. Bernstein
        Embarcadero Center, Floor 20
        San Francisco, CA 94111-4004
        (415) 693-2222 | mbernstein@cooley.com

        Maximilian Sladek de la Cal
        1333 2nd Street, Suite 400
        Santa Monica, CA 90401-4100
        (310) 883-6527 | msladekdelacal@cooley.com

CERTIFICATE OF SERVICE

I hereby certify on September 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| J. Barton Goplerud, AT0002983<br>Brian O. Marty, AT0011622<br>SHINDLER, ANDERSON, GOPLERUD & WEESE, PC<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, Iowa 50265<br>Ph: (515) 223-4567<br>Fax: (515) 223-8887<br>goplerud@sagwlaw.com | Gary M. Klinger<br>Melissa Nafash<br>Melinda Maxson<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>GKlinger@milberg.com<br>mnafash@milberg.com<br>mmaxson@milberg.com |

Martin D. Gould
Michael R. Grieco
Steven L. Vanderporten
STINAR GOULD GRIECO & HENSLEY, PLLC
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com

Signature:   */s/ E. Strom*