BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

RECEIVED
SEP 2 5 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN RE: ROBLOX CHILD SEXUAL
EXPLOITATION/ASSAULT LITIGATION    MDL Docket No.

MOTION FOR TRANSFER OF ACTIONS
UNDER 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED
PRETRIAL PROCEEDINGS

Under 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Minor Plaintiff Jane Doe[1] moves for transfer for coordinated or consolidated pretrial proceedings of all actions identified in the Schedule of Actions, as well as any cases subsequently filed involving similar common questions of fact, to the United States District Court for the Northern District of California.

Date:   September 18, 2025                Respectfully submitted,

By: /s/ Alexandra M. Walsh
Alexandra M. Walsh
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
awalsh@anapolweiss.com

By: /s/ Sarah London
Sarah London
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108

---

[1] Minor Plaintiff Jane Doe is the plaintiff in the action, *John Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corporation and Discord Inc.*, No. 25-cv-05753-JSC (N.D. Cal.). See Ex. A-7.

1

Telephone: (415) 981-4800
slondon@girardsharp.com

*Attorneys for Movant-Plaintiff*