IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| T.T., individually and as the parent and next friend of minor D.H., <br><br> Plaintiffs, <br><br> v. <br><br> ROBLOX CORPORATION, <br><br> Defendant. | CASE NO. 4:25-CV-314 <br><br> **JOINT MOTION TO STAY ALL DEADLINES PENDING DECISION OF JUDICIAL PANEL ON MULIDISTRICT LITIGATION ON MOTION TO TRANSFER** |

Pursuant to Federal Rule of Civil Procedure 6, Plaintiff T.T., individually and as the parent and next friend of minor D.H. ("Plaintiff") and Defendant Roblox Corporation ("Roblox") (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly move the Court to stay all proceedings in the above-titled case, pending a transfer decision by the Judicial Panel on Multidistrict Litigation (the "JPML"), and state the following in support of the Motion:

1. On September 18, 2025, Plaintiff Jane Doe, plaintiff in *John Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corporation and Discord Inc.*, No. 25-cv-05753-JSC (N.D. Cal.), filed a motion with the JPML (i) seeking to consolidate this action with thirty (30) other federal actions currently pending, and (ii) requesting that the JPML transfer the centralized actions to the Northern District of California pursuant to 28 U.S.C. § 1407. *See In re Roblox Child Sexual Exploitation/Assault Litigation*, MDL No. 3166 (J.P.M.L.), Dkt. No. 1 (the "MDL Transfer Motion"); *see also* Dkt. No. 11-1 ("Schedule of Actions") (combined attached as **Exhibit A**).

2. The JPML has ordered that responses to the MDL Transfer Motion shall be filed by October 14, 2025, and that replies shall be filed by October 21, 2025. *See id.* Dkt. No. 3. The JPML has not yet set a hearing date to consider the MDL Transfer Motion.

3. The Parties agree that for present purposes, the action should be stayed pending the JPML's decision and that no party would be prejudiced by the issuance of a stay.

4. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Thus, a district court "has discretion to stay proceedings pending a decision by the [MDL] Panel regarding transfer." Charles A. Wright & Arthur R. Miller, 15 *Federal Practice & Procedure Civ.* § 3866.1 (3d ed.).

5. Federal courts sitting in the U.S. Court of Appeals for the Eighth Circuit have stayed proceedings where, as here, the parties file the motion to stay jointly, the case is in its early stages, and a decision from the JPML on a motion to transfer is pending. *See, e.g.*, *Musticchi v. Wright Med. Tech., Inc.*, No. 4:19-cv-00607, 2020 WL 13111224 (E.D. Ark. July 2, 2020).

6. Indeed, stays have already been entered in other actions that are subject to the MDL Transfer Motion. *See, e.g.*, Order Granting Stipulation to Stay Case, *Doe v. Roblox Corp.*, No. 4:25-cv-03520-YGR (N.D. Cal. Oct. 2, 2025), Dkt. No. 63; Joint Stipulation and Order Staying Case, *Doe S.G. v. Roblox Corp.*, No. 3:25-cv-06812-SI (N.D. Cal. Oct. 2, 2025), Dkt. No. 22; Order Granting Motion to Stay, *Doe v. Roblox Corp.*, No. 3:25-cv-00128 (S.D. Tex. Oct. 3, 2025), Dkt. No. 93; Order Approving Joint Stipulation Staying Case, *Doe v. Roblox Corp.*, No. 3:25-cv-07393 (N.D. Cal. Oct. 3, 2025), Dkt. No. 17; Order Staying Case, *Doe v. Roblox Corp.*, No. 3:25-cv-07852 (N.D. Cal. Oct. 3, 2025), Dkt. No. 8; Order Granting Stipulation to Stay Case, *Doe v. Roblox Corp.*, No. 3:25-cv-07291 (N.D. Cal. Oct. 3, 2025), Dkt. No. 22; Order Granting Joint Mot. to Stay Pending Decision of J.P.M.L, *Doe v. Roblox Corp.*, No. 2:25-cv-00208 (W.D. Mich. Oct. 7, 2025), Dkt. No. 13; Order, *Doe v. Roblox Corp.*, No. 1:25-cv-04953 (N.D. Ga. Oct. 6, 2025), Dkt. No. 26.

7. Here, this litigation is in its very early stages. Plaintiff filed the Petition on July 29, 2025, and responsive pleadings have yet to be filed by Roblox.

8. Good cause exists to issue a stay because the case ultimately may be transferred to another court. Alternatively, if the JPML denies the transfer motion, there would be no prejudice to the Parties from a temporary stay of this case. Therefore, a stay pending the JPML's decision would avoid the possibility of duplicative litigation and serve the interests of judicial economy and efficiency.

9. The Parties agree that if this case is not transferred under Section 1407, within thirty (30) days of the JPML's decision, they shall meet and confer and propose to this Court a briefing schedule for Roblox's response to the Petition. In the event the Parties cannot agree on a briefing schedule, they may submit their own proposals to the Court.

10. All Parties respectfully reserve all other rights, including but not limited to with respect to any position taken by the Parties before the JPML, Plaintiff's ability to dismiss any claims during the pendency of the stay, and Defendant's ability to object to issues related to service and/or jurisdiction.

Wherefore, for the foregoing reasons and good cause shown, the Parties respectfully request that this Court stay all deadlines in this case pending a decision from the JPML. The Parties further move that, if this case is not transferred under Section 1407, the Court order the Parties to submit a proposed briefing schedule to the Court within thirty (30) days of the JPML's decision.

Dated: October 8, 2025

Respectfully submitted,

BELIN McCORMICK, P.C.

*/s/ Michael S. Boal*
Michael S. Boal                    AT0012649
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4621
Facsimile:   (515) 558-0621
msboal@belinmccormick.com
ATTORNEY FOR DEFENDANT

COOLEY LLP
Tiana Demas
55 Hudson Yards
New York, NY 10001-2163
(212) 479-6560 | tdemas@cooley.com

Ryan C. Stevens
Embarcadero Center, Floor 20
San Francisco, CA 94111-4004
(415) 693-2483 | rstevens@cooley.com

Max A. Bernstein
Embarcadero Center, Floor 20
San Francisco, CA 94111-4004
(415) 693-2222 | mbernstein@cooley.com

Maximilian Sladek de la Cal
1333 2nd Street, Suite 400
Santa Monica, CA 90401-4100
(310) 883-6527 | msladekdelacal@cooley.com


SHINDLER, ANDERSON,
GOPLERUD & WEESE, PC
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Ph: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
ATTORNEYS FOR PLAINTIFFS

4

STINAR GOULD GRIECO
& HENSLEY, PLLC

 /s/ *Steven L. Vanderporten*
Martin D. Gould*
Michael R. Grieco*
Steven L. Vanderporten*
100 N. Wacker Drive, Suite 100
Chicago, Illinois 60606
P: (312) 728-7444
Martin@SGGHLaw.com
Mike@SGGHLaw.com
Steven@SGGHLaw.com
ATTORNEYS FOR PLAINTIFFS

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
Gary M. Klinger*
Melissa Nafash*
Melinda Maxson*
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
GKlinger@milberg.com
mnafash@milberg.com
mmaxson@milberg.com
ATTORNEYS FOR PLAINTIFFS

Case MDL No. 3156   Document 1   Filed 09/18/25   Page 6 of 13

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION



EXHIBIT A

| | |
|---|---|
| IN RE: ROBLOX CHILD SEXUAL EXPLOITATION/ASSAULT LITIGATION | MDL Docket No. |

**MOTION FOR TRANSFER OF ACTIONS
UNDER 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED
PRETRIAL PROCEEDINGS**

Under 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Minor Plaintiff Jane Doe[1] moves for transfer for coordinated or consolidated pretrial proceedings of all actions identified in the Schedule of Actions, as well as any cases subsequently filed involving similar common questions of fact, to the United States District Court for the Northern District of California.

Date:   September 18, 2025

Respectfully submitted,

By: */s/ Alexandra M. Walsh*
Alexandra M. Walsh
**ANAPOL WEISS**
14 Ridge Square, NW, 3rd Floor
Washington, DC 20016
Telephone: (771) 224-8065
Facsimile: (215) 735-2211
awalsh@anapolweiss.com

By: */s/ Sarah London*
Sarah London
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108

---

[1] Minor Plaintiff Jane Doe is the plaintiff in the action, *John Doe, as next friend of minor plaintiff, Jane Doe v. Roblox Corporation and Discord Inc.*, No. 25-cv-05753-JSC (N.D. Cal.). *See* Ex. A-7.

1

Telephone: (415) 981-4800
slondon@girardsharp.com

*Attorneys for Movant-Plaintiff*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROBLOX CHILD SEXUAL
EXPLOITATION/ASSAULT LITIGATION  MDL Docket No. 3166

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff(s):<br>MARY DOE, as next friend of minor plaintiff, JANE DOE<br><br>Defendant(s): Roblox Corporation; Discord, Inc. | U.S. District Court Northern District of Ohio (Eastern Division) | 5:25-cv-01980 | Sara Lioi |
| Plaintiff(s):<br>Jane Doe a minor, by and through her guardian ad litem, Mary Doe<br><br>Defendant(s): Roblox Corporation; Snap Inc. | U.S. District Court Central District of California (Western Division - Los Angeles) | 2:25-cv-07154 | Alicia G. Rosenberg |
| Plaintiff(s): Jane G.C. Doe Jane A.C. Doe<br><br>Defendant(s): Roblox Corporation | U.S. District Court Eastern District of Missouri (St. Louis) | 4:25-cv-01402 | Rodney W. Sippel |
| Plaintiff(s):<br>Jane A.P. Doe A Minor, By And Through Her Parent And Natural Guardian Jane L.P. Doe<br><br>Defendant(s):<br>Roblox Corporation; Snap Inc. | U.S. District Court Eastern District of Pennsylvania (Philadelphia) | 2:25-cv-4256 | Chad F. Kenney |

1

| Plaintiff(s): Jane Doe<br><br>Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Northern District of California (Oakland) | 4:25-cv-03520 | Yvonne Gonzalez Rogers |
|---|---|---|---|
| Plaintiff(s): Jane Doe a minor, represented by her proposed court-appointed guardian ad litem, Mary Doe<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-04329 | Rita F. Lin |
| Plaintiff(s): John Doe Jane Doe<br><br>Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-05753 | Jacqueline Scott Corley |
| Plaintiff(s): Jane Doe R.M., a minor, represented by her guardian and next friend, JANE DOE Z.O.<br><br>Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06087 | Rita F. Lin |
| Plaintiff(s): Jane Doe S.G as guardian and next friend of minor plaintiff Jane Doe<br><br>Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06812 | Susan Illston |
| Plaintiff(s): Jane Doe M.P; Jane Doe D.P<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-06886 | Vince Chhabria |

2

| Plaintiff(s):<br>Jane Doe GS 1 a minor by and through her parent, PARENT GS 1<br><br>Defendant(s): Roblox Corporation;<br>Meta Platforms, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07143 | Araceli Martinez-Olguin |
|---|---|---|---|
| Plaintiff(s):<br>Jane Doe, a minor; Mary Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Snap Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07174 | Araceli Martinez-Olguin |
| Plaintiff(s):<br>Jane Doe I.V. as guardian and next friend of minor plaintiff, JANE DOE G.K.; JANE DOE G.K.<br><br>Defendant(s): Roblox Corporation; | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07192 | Rita F. Lin |
| Plaintiff(s):<br>Jane Doe a minor, by and through next friend Mary Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07291 | Rita F. Lin |
| Plaintiff(s):<br>Jane Doe Z.P.;<br>Jane Doe B.E. as guardian and next friend of minor Plaintiff Jane Doe Z.P.<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07393 | Maxine M. Chesney |
| Plaintiff(s):<br>Jane Doe M.J.; Jane Doe T.J.<br><br>Defendant(s): Roblox Corporation;<br>Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07486 | Vince Chhabria |

3

| Plaintiff(s):<br>Jane Doe A.L.; Jane Doe N.L.<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (Oakland) | 4:25-cv-07676 | Jon S. Tigar |
|---|---|---|---|
| Plaintiff(s):<br>Mary Doe; Jane Doe<br><br>Defendant(s): Roblox Corporation; Discord Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07686 | Richard Seeborg |
| Plaintiff(s):<br>JANE DOE, a minor, represented by her proposed court-appointed guardian ad litem, MARY DOE<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of California (Oakland) | 4:25-cv-07852 | Thomas S. Hixson |
| Plaintiff(s):<br>JANE DOE D.M., as guardian and next friend of minor plaintiff, JANE DOE L.M.<br><br>Defendant(s): Roblox Corporation; Discord, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07859 | Thomas S. Hixson |
| Plaintiff(s):<br>JOSEPH DOE, as next friend of minor Plaintiff, JOHN DOE<br><br>Defendant(s): Roblox Corporation; Discord, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07899 | Kandis A. Westmore |
| Plaintiff(s):<br>MARY DOE, as next friend of minor plaintiff, JANE DOE<br><br>Defendant(s): Roblox Corporation; Snap, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07909 | Laurel Beeler |

| Plaintiff(s):<br>M. S., individually and as the parent and next friend of minor, H.D.<br><br>Defendant(s): Roblox Corporation;<br>Discord, Inc. | U.S. District Court Northern District of California (San Francisco) | 3:25-cv-07925 | Alex G. Tse |
|---|---|---|---|
| Plaintiff(s):<br>Jane Doe individually as next friend of minor plaintiff John Doe<br><br>Defendant(s): Roblox Corporation;<br>John Doe | U.S. District Court Northern District of Georgia (Atlanta) | 1:25-cv-04953 | Sarah E. Geraghty |
| Plaintiff(s): John Doe<br><br>Defendant(s): Roblox Corporation | U.S. District Court Northern District of Texas (Dallas) | 3:25-cv-02175 | Sam A. Lindsay |
| Plaintiff(s):<br>Mary Doe<br>as next friend of minor plaintiff, Jane Doe<br><br>Defendant(s):<br>Roblox Corporation;<br>Discord Inc. | U.S. District Court Southern District of Texas (Galveston) | 3:25-cv-00128 | Jeffrey Vincent Brown |
| Plaintiff(s):<br>Jane Doe<br>as guardian and next friend of minor plaintiff, JOHN DOE<br><br>Defendant(s): Roblox Corporation | U.S. District Court Southern District of Texas (Brownsville) | 1:25-cv-00172 | Rolando Olvera |
| Plaintiff(s):<br>J. S. individually and as the parent and next friend of minor D.H.<br><br>Defendant(s):<br>Roblox Corporation | U.S. District Court Western District of Missouri (Springfield) | 6:25-cv-03254 | Roseann A. Ketchmark |

5

| Plaintiff(s): AE, Individually; AE as the parent and next of friend of minor GE<br><br>Defendant(s): Roblox Corporation | U.S. District Court Western District of Oklahoma (Oklahoma City) | 5:25-cv-00959 | Scott L. Palk |
|---|---|---|---|
| Plaintiff(s): T.T. Next friend; D.H. Defendant(s): Roblox Corporation; | U.S. District Court Southern District of Iowa | 4:25-cv-00314 | Rebecca Goodgame Ebinger |
| Plaintiff(s): Jane Doe<br><br>Defendant(s): Roblox Corporation; Discord Inc. | United States District Court Western District of Michigan (Southern Division) | 2:25-cv-00208 | Paul L. Maloney |

Dated: September 24, 2025                    Respectfully Submitted,

**DOLMAN LAW GROUP**

By: */s/ Matthew A. Dolman*
Matthew A. Dolman
matt@dolmanlaw.com
R. Stanley Gipe
stan.gipe@dolmanlaw.com
Sara D. Beller
sara.beller@dolmanlaw.com
Deborah M. Schmitt
Deborah.schmitt@dolmanlaw.com
800 N. Belcher Rd.
Clearwater, FL 33765
Tel: (727) 451-6900; Fax: (727) 451-6907

*Counsel for Plaintiff Jane Doe G.C., As Guardian And Next Friend Of Minor Plaintiff, Jane Doe A.C*

6